JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| AMELIA VETRONE, | Case No. CV 09-1923 RGK (JTLx) |
|---|---|
| Plaintiff, | [~~Proposed~~] **ORDER** |
| vs. | |
| DIVERSIFIED COLLECTION SERVICES, INC., a corporation; UNITED STATES OF AMERICA, | |
| Defendants | |
| UNITED STATES OF AMERICA, | |
| Counter-Claimant | |
| vs. | |
| AMELIA VETRONE, | |
| Counter-Defendant | |

1    Based on the stipulation of the parties, and there being good cause,

2    IT IS ORDERED that the complaint of plaintiff Amelia Vetrone is hereby
3 dismissed with prejudice and the counterclaim of the United States of America is hereby
4 dismissed without prejudice.

7    Dated: 01/25/2010

8                              _____
9                              United States District Judge